# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CASEY COOK,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-759-JA-RMN**

**FRANK J. BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**

**Defendant.**

---

## ORDER

This case is before the Court upon review of the docket. On June 29, 2026, the assigned magistrate judge issued a report and recommendation (R&R, Doc. 18) recommending that the Court affirm the Commissioner of Social Security's final decision denying Plaintiff's application for disability insurance. Plaintiff filed objections to the R&R on July 8, 2026 (Doc. 19). Defendant has failed to respond to Plaintiff's objections.

In light of the issues raised in Plaintiff's objections, the Court requires a response from Defendant. Accordingly, it is **ORDERED** that Defendant shall file a response to Plaintiff's objections on or before **Tuesday, September 8, 2026**. Defendant's response is not to exceed ten pages.

**DONE** and **ORDERED** in Orlando, Florida, on August 31st, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record